*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 10, 2015          D-90-15
_____

In the Matter of LEON R. KOZIOL,
    a Suspended Attorney.

COMMITTEE ON PROFESSIONAL                    MEMORANDUM AND ORDER
    STANDARDS,
                    Petitioner;

LEON R. KOZIOL,
                    Respondent.

(Attorney Registration No. 2075455)
_____


Calendar Date:  November 23, 2015

Before:  Garry, J.P., Egan Jr., Rose, Lynch and Devine, JJ.

_____

    Monica A. Duffy, Committee on Professional Standards,
Albany (Michael G. Gaynor of counsel), for petitioner.

    Leon R. Koziol, New Hartford, respondent pro se.

_____


Per Curiam.

    Respondent was admitted to practice by the Appellate
Division, Fourth Department in 1986.  He maintained an office for
the practice of law in the City of Utica, Oneida County.

    As relevant herein, respondent, who has a lengthy
disciplinary history, remains subject to both a one-year
suspension from the practice of law imposed by this Court in
September 2010 (Matter of Koziol, 76 AD3d 1136 [2010], lv
dismissed 15 NY3d 943 [2010], lv denied 16 NY3d 853 [2011], cert
denied sub nom. Koziol v Grievance Committee of Fifth Jud. Dist.

of N.Y., ___ US ___, 132 S Ct 455 [2011]) and a six-month suspension we imposed in June 2013 (Matter of Koziol, 107 AD3d 1137 [2013], lv dismissed and denied 21 NY3d 1056 [2013], cert denied ___ US ___, 134 S Ct 1038 [2014]). Respondent's most recent applications to this Court seeking reinstatement were denied in January 2013 and May 2014.

By application sworn to June 24, 2015, respondent now reapplies for reinstatement. By letter with enclosures dated October 22, 2015, petitioner advises that it opposes respondent's application.

Upon review of the submissions and consideration of all the circumstances in the record before us, we conclude that respondent has not shown by clear and convincing evidence that he has fully complied with the provisions of the order suspending him and, further, that he possesses the character and general fitness to resume the practice of law (see Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b]). Accordingly, we deny his current application for reinstatement.

Garry, J.P., Egan Jr., Rose, Lynch and Devine, JJ., concur.

ORDERED that the application for reinstatement is denied.

ENTER:

Robert D. Mayberger
Clerk of the Court